JOHN MARKEY, DEFENDANT IN ERROR, v. THE CONSOLIDATED TRACTION COMPANY, PLAINTIFF IN ERROR.

Argued November 26, 1900—Decided March 4, 1901.

On error to the Supreme Court.

For the plaintiff in error, *Jarvis N. Atkinson.*

For the defendant in error, *Samuel Kalisch.*

PER CURIAM.

The judgment brought here by this writ of error is affirmed, on the grounds set forth in the opinion of Mr. Justice Gummere in the Supreme Court. *Ante p.* 82.

*For affirmance*—THE CHANCELLOR, DIXON, COLLINS, FORT, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES.    9.

*For reversal*—None.